UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

JAVIER AGUILERA ROSAS,

Petitioner,

v.

WARDEN, MDC LOS ANGELES,

Respondent.

No. 2:26-cv-05252-HDV (JDE)

ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition (Dkt. 1), Respondent's Answer and supporting evidence (Dkt. 6; Dkt. 6-1 to 6-3), and the Report and Recommendation of the assigned magistrate judge (Dkt. 10, "Report"). As no party filed any timely objection to the Report, the Court accepts its findings and recommendations.

IT IS THEREFORE ORDERED that Judgment shall be entered denying the Petition and dismissing this action with prejudice.

Dated: 10/22/26

HERNÁN D. VERA
United States District Judge