UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JAVIER AGUILERA ROSAS,<br>Petitioner,<br>v.<br>WARDEN, MDC LOS ANGELES,<br>Respondent. | No. 2:26-cv-05252-HDV (JDE)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ORDERED, ADJUDGED, AND DECREED that the Petition is denied and this action is dismissed with prejudice.

Dated: 10/22/26

HERNÁN D. VERA
United States District Judge